Charles Bruce MILLER, Petitioner-Appellant,

v.

STATE of Missouri, Respondent.

No. 12214.

Missouri Court of Appeals, Southern District, Division Two.

April 13, 1981.

---

Charles Bruce Miller, pro se.

John D. Ashcroft, Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

Petitioner filed a "MOTION FOR PETITION FOR WRIT OF HABEAS CORPUS AND or MOTION FOR PETITION FOR MANDAMUS". The trial court denied the requested relief and petitioner appealed.

This court is obligated to determine if it has appellate jurisdiction. *Frey v. Gabel,* 574 S.W.2d 38, 39 (Mo.App.1978). We have determined that we do not. No appeal lies from the decision in a habeas corpus proceeding. *Hutchinson v. Wesley,* 455 S.W.2d 21 (Mo.App.1970). The denial

---

1. The continued validity of *Russick* is highly doubtful. *See Miller v. Kretschmer,* 374 Mich. 459, 132 N.W.2d 141 (1965).

of mandamus relief by the trial court is not an appealable order because no alternative writ in mandamus was issued. *Baker v. St. Francis Levee District*, 606 S.W.2d 668 (Mo. App.1980).

The appeal is dismissed.

All concur.